```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 13016
    DAVID A MORENO
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7173

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/12/2006 and was confirmed 12/18/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  44.00%.

     The case was dismissed after confirmation 07/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
NATIONAL CAPITAL MANAGEM   UNSECURED        10008.42           .00          1321.18
ASPIRE                     UNSECURED         2489.12           .00           325.91
ASPIRE                     UNSECURED         1643.40           .00           215.17
AMERICAN EXPRESS CENTURI   UNSECURED         3695.49           .00           483.86
AMERICAN EXPRESS TRAVEL    UNSECURED         2444.02           .00           320.01
AMEX                       UNSECURED        NOT FILED          .00              .00
AMEX                       UNSECURED        NOT FILED          .00              .00
AMEX                       UNSECURED        NOT FILED          .00              .00
AMERICAN RECOVERY SYSTEM   NOTICE ONLY      NOT FILED          .00              .00
ASSOCIATED RECOVERY SYST   NOTICE ONLY      NOT FILED          .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         5646.09           .00           739.24
ASPIRE                     UNSECURED         5104.86           .00           668.38
ASSOCIATES CITIBANK        UNSECURED        NOT FILED          .00              .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY      NOT FILED          .00              .00
CAPITAL ONE                UNSECURED         2071.54           .00           271.22
CAPITAL ONE                UNSECURED         1015.80           .00           132.99
CAPITAL ONE                UNSECURED          868.00           .00           113.65
CAPITAL ONE                UNSECURED          920.09           .00           120.48
DIRECT MERCHANTS BANK      UNSECURED        NOT FILED          .00              .00
FLEET CREDIT CARD SERVIC   UNSECURED        NOT FILED          .00              .00
GC SERVICES LP COLLECTIO   NOTICE ONLY      NOT FILED          .00              .00
GEMB WHITEHALL             UNSECURED        NOT FILED          .00              .00
HSBC NV                    UNSECURED        NOT FILED          .00              .00
NATIONAL CAPITAL MANAGEM   UNSECURED        NOT FILED          .00              .00
ECAST SETTLEMENT CORP      UNSECURED         2813.61           .00           368.39
CARSON PIRIE SCOTT         UNSECURED          934.14           .00           122.31
HSBC NEIMAN MARCUS         UNSECURED        NOT FILED          .00              .00
ILLINOIS COLLECTION SERV   UNSECURED        NOT FILED          .00              .00
LORD & TAYLOR              UNSECURED        NOT FILED          .00              .00
FEDERATED RTL/MARSHALL F   UNSECURED         1627.25           .00           213.05
MIDLAND CREDIT MANAGEMEN   UNSECURED        NOT FILED          .00              .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY      NOT FILED          .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13016 DAVID A MORENO
```

```
PUBLISHERS CLEARING HOUS  UNSECURED       NOT FILED            .00             .00
NORTHWESTERN MEMORIAL HO  UNSECURED       NOT FILED            .00             .00
NORTHWESTERN MEMORIAL HO  UNSECURED       NOT FILED            .00             .00
TOTAL DEPT MANAGEMENT     NOTICE ONLY     NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1718.32             .00          224.99
ECAST SETTLEMENT CORP     UNSECURED         725.77             .00           95.04
JEFFERSON CAPITAL SYSTEM  NOTICE ONLY     NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED        1895.81             .00          248.22
AMERICAN EXPRESS TRAVEL   UNSECURED        2320.48             .00          303.80
LEGAL HELPERS PC          DEBTOR ATTY     2,000.00                        2,000.00
TOM VAUGHN                TRUSTEE                                           569.11
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  8,857.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                         6,287.89
ADMINISTRATIVE                                    2,000.00
TRUSTEE COMPENSATION                                569.11
DEBTOR REFUND                                          .00
                         ---------------        ---------------
TOTALS                   8,857.00                 8,857.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/22/08             _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 06 B 13016 DAVID A MORENO